IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID RUSSELL MARTIN            PLAINTIFF

V.            CASE NO. 4:13CV00260 JTK

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 24th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE